FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 4 - 2008

DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | CRIMINAL NO. 5:08CR 56 |
| v. | § | |
| | § | Folsom |
| ROBERT WINGFIELD, JR. | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

**COUNT I**
VIOLATION: Title 21, United States Code,
Section 844(a)
(Simple Possession of a Controlled Substance).

On or about June 11, 2008, in Bowie County, in the Eastern District of Texas, and elsewhere, the defendant, ROBERT WINGFIELD, JR., knowingly and intentionally possessed Marijuana, a Schedule I controlled substance in violation of Title 21, United States Code, Section 844(a).

A TRUE BILL

_____
GRAND JURY FOREPERSON

_11/4/08_____
Date

REBECCA A. GREGORY
ACTING UNITED STATES ATTORNEY

_____
Denise O. Simpson
Assistant U.S. Attorney

_11/4/08_____
Date

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §  CRIMINAL NO. 5:08CR_____ |
| v. | § |
| | § |
| ROBERT WINGFIELD, JR. | § |
| | § |

## NOTICE OF PENALTY

### COUNT ONE

VIOLATION: Title 21, United States Code § 844(a)
Simple Possession of a Controlled Substance.

PENALTY: Imprisonment for not more than one (1) year, a minimum fine of $1,000 and a maximum fine of $100,000, or both. Supervised release of not more than one year.

If the defendant commits the offense after having a prior drug conviction, a term of imprisonment for not less than 15 days, but not more than 2 years, and a minimum fine of $2,500 and a maximum fine of $250,000. Supervised release of not more than one year.

If the defendant commits the offense after having two prior drug convictions, imprisonment for not less than 90 days, but not more than three years, and a minimum fine of $5,000, and a maximum fine of $250,000. Supervised release of not more than one year.

SPECIAL ASSESSMENT: $25.00