IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NO. 5:08CR56 |
| v. | § § | |
| ROBERT WINGFIELD, JR. | § § | |

## FACTUAL RESUME

Investigation by the Red River Army Depot, disclosed the following facts that establish that I, the Defendant, ROBERT WINGFIELD, JR., violated Title 21, United States Code, Section 844(a). I accept the following factual basis as true and correct:

1. On or about June 11, 2008, in Bowie County at the Red River Army Depot in Bowie County, Texas, I, ROBERT WINGFIELD, JR., knowingly possessed a controlled substance.

2. The substance was in fact marijuana, a controlled substance.

3. I, ROBERT WINGFIELD, JR., acknowledge that the foregoing acts constitute a violation of Title 21, United States Code, Section 844(a). I hereby stipulate that the facts described above are true and correct and accept them as the uncontroverted facts of this case.

Dated: 2/2/09

ROBERT WINGFIELD, JR.

## Defendant's counsel's signature and acknowledgment:

I have read this Factual Resume and the Plea Agreement in this matter and have reviewed them with my client, ROBERT WINGFIELD, JR..  Based upon my discussions with my client, I am satisfied that he understands the terms and effects of the Factual Resume and the Plea Agreement and that he is signing this Factual Resume voluntarily.

Dated: _2/2/09_

_____
Errol Friedman
Attorney for Defendant